■  HARRY MILLER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 37547.) — MEMORANDUM BY THE COURT. While we do not accept the trial court's theory (see City of Buffalo v. Pratt, 131 N. Y. 293; Matter of City of New York [Northern Blvd.], 258 N. Y. 136, 152) there is no proof in this record of consequential damages and any finding of damage accruing after the expira-

tion of the 17-year lease would have to be purely conjectural. We decide no other issue. Judgment affirmed, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.